# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | Case No. 10-40797-705 |
| ) | Chapter 7 |
| Thomas James Hollis ) | |
| ) | **MTN 7** |
| Debtor, ) | |
| ) | |
| U.S. Bank, N.A., its Successors and/or ) | **Hearing Date: March 31, 2010** |
| Assigns ) | **Hearing Time:  9:30 AM** |
| Movant, ) | |
| ) | **ORDER** |
| ) | |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., its Successors and/or Assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> LOT L-39 OF MELODY LAKE SUBDIVISION, AS PER PLAT OF RECORD IN PLAT BOOK I PAGE 76, IN THE OFFICE OF THE RECORDER OF DEEDS, FRANKLIN COUNTY, MISSOURI.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

_____
CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

DATED: March 25, 2010
St. Louis, Missouri
mtc

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Steven Reid White
316 East Locust St.
Union, MO 63084

Thomas James Hollis
1601 E. Fifth Street, Apt. #1
Washington, MO 63090

David A. Sosne
8909 Ladue Rd.
St. Louis, MO 63124

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102